IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DENNIS R. DERX**                                                                             **PETITIONER**
**ADC #162003**

v.                        **CASE NO. 5:18-CV-00070 BSM**

**WENDY KELLEY, Director ADC**                                     **RESPONDENT**

## ORDER

The proposed findings and recommendation submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 12] and Dennis R. Derx's objections [Doc. No. 13] have been received. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Wendy Kelley's motion to dismiss [Doc. No. 7] is granted, Derx's petition for writ of *habeas corpus* is dismissed with prejudice, a certificate of appealability is denied, and Derx's motion for status update [Doc. No. 11] is denied as moot.

IT IS SO ORDERED this 29th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE